ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. -Atlanta

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEC 2 9 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| DATASCAPE, INC., <br> a Georgia Corporation, <br><br> Plaintiff, <br><br> v <br><br> SONY ERICSSON MOBILE <br> COMMUNICATIONS INC. <br><br> A Delaware Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action File No.: <br> ) **1:05-CV-3317-CC** <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiff, Datascape, Inc, states as its Complaint as follows:

### JURISDICTION AND VENUE

1.  This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code

2.  This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3   Venue is proper in this judicial district and division pursuant to 28 U.S.C. §§1391(b) and (c).

ATI 30042734 1

## THE PARTIES

4.  Plaintiff, Datascape, Inc. ("Datascape") is a Georgia Corporation, with its principal place of business at 8613 Roswell Road, Suite 202, Atlanta, Georgia 30350.

5.  Datascape is the owner, by assignment, of all right, title, and interest in and to United States Patent No. 5,742,845 (Exhibit "A"), United States Patent No. 5,905,908 (Exhibit "B"), United States Patent No. 6,366,967 (Exhibit "C"), United States Patent No. 6,684,269 (Exhibit "D"), United States Patent No. 6,745,259 (Exhibit "E"), and United States Patent No. 6,907,476 (Exhibit "F"), including the right to bring suit for patent infringement  The above-listed Datascape patents are hereinafter referred to as the "Datascape patents-in-suit."

6.  Upon information and belief, Defendant, Sony Ericsson Mobile Communications Inc. ("Defendant"), is a Delaware Corporation with a principal place of business at 7001 Development Drive, Research Triangle, North Carolina 27709  Upon information and belief, Defendant's registered agent in the State of Georgia is National Registered Agents Inc. at 3781 Venture Drive, Duluth, GA 30096

7   Upon information and belief, Defendant has and continues to infringe the Datascape patents in the State of Georgia, within this judicial district, and

elsewhere throughout the United States. Upon information and belief, Defendant is subject to the personal jurisdiction of this Court.

## THE CONTROVERSY

8. The Datascape patents-in-suit are valid and enforceable.

9. The Datascape patents-in-suit have been licensed by Datascape.com, the American Express Company, Nokia Corporation, Samsung Electronics Company Limited, LG Electronics Inc., Sanyo Electric Co., Ltd , Matsushita Electric Industrial Co. Ltd , Motorola, Inc., Pantech&Curitel Communications, Inc., and others.

10 The Defendant has in the past and continues to make, offer for sale, sell, import into the United Sates, and/or use one or more products and/or processes that infringe one or more claims of each of the Datascape patents-in-suit. For example, Defendant's offers for sale and/or sales of its Internet-enabled wireless handsets infringe the Datascape patents-in-suit.

11 In particular, Defendant's offers for sale and sales of one or more of Defendant's Internet-enabled wireless handsets, such as for example Model Nos. W800, W600, Z520a, J230a, J220a, Z300a, J300a, T290a, S710a, S700i, K500i, K700i, Z500a, P910a, T237, T637, T630, T226, T610, and T616, infringe one or more claims of each of the Datascape patents-in-suit

12. Datascape placed Defendant on notice of its past, present, and future infringement of Datascape's United States Patent No. 5,742,845 and United States Patent No. 5,905,908 no later than July 19, 2001.

## COUNT ONE: PATENT INFRINGEMENT

13 Datascape realleges and incorporates herein the allegations of paragraphs 1 through 12 of this Complaint as if fully set forth herein.

14 Upon information and belief, Defendant has engaged in the manufacture, offer for sale, sale, import, and/or use of products and/or processes that constitute direct infringement, contributory infringement, and/or inducement to infringe one or more claims of each of the Datascape patents-in-suit in violation of 35 U.S.C §271 The infringing products and/or processes made, offered for sale, sold, imported, and/or used by Defendant include, but are not necessarily limited to, Defendant's Internet-enabled wireless handsets

15. Defendant's infringement of the Datascape patents-in-suit has been, and continues to be, willful.

16. Datascape has and continues to suffer damages as a direct and proximate result of Defendant's infringement of the Datascape patents-in-suit and will suffer additional and irreparable damages unless Defendant is permanently

enjoined by this Court from continuing its infringement. Datascape has no adequate remedy at law.

17.  Datascape is entitled to. (1) damages adequate to compensate it for Defendant's infringement, which amounts to, at a minimum, a reasonable royalty, (2) treble damages; (3) its attorneys' fees and costs, and (4) a preliminary and permanent injunction

## **PRAYER FOR RELIEF**

WHEREFORE, Datascape, Inc. seeks the following relief:

a.  That Defendant be ordered to pay damages adequate to compensate Datascape for Defendant's infringement of the Datascape patents-in-suit pursuant to 35 U S.C. §284;

b  That Defendant be ordered to pay treble damages and attorneys' fees pursuant to 35 U.S.C. §§284 and 285;

c.  That Defendant be enjoined from further infringement of the Datascape patents-in-suit pursuant to 35 U.S C. §283;

d.  That Defendant be ordered to pay prejudgment interest;

e.  That Defendant be ordered to pay all costs associated with this action; and

f.  That Datascape be granted such other and additional relief as the Court deems just and proper

## DEMAND FOR JURY TRIAL

Pursuant to Fed R. Civ. P. 38(b), Datascape demands a trial by jury of all issues triable of right by a jury.

THIS 29th day of December, 2005.

_____
Stephen R. Risley
Georgia State Bar No. 606545
J. Scott Culpepper
Georgia State Bar No 200950
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E
Atlanta, Georgia 30326-1386
Telephone: (404) 760-4300
Facsimile  (404) 233-1267

Attorneys for Plaintiff,
Datascape, Inc