IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DATASCAPE, INC.,<br>A Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONY ERICSSON MOBILE<br>COMMUNICATIONS (USA), INC.,<br>A Delaware Corporation,<br><br>Defendant. | CIVIL ACTION NO.<br>1:05-CV-3317-CC<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF SONY ERICSSON MOBILE COMMUNICATIONS (USA), INC.

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that Plaintiff Datascape, Inc. ("Datascape") has settled and resolved its differences with Defendant Sony Ericsson Mobile Communications (USA), Inc. ("SEMC"), and that these Parties have entered into a Settlement Agreement setting out the terms and conditions of the settlement, having an effective date of May 25, 2010 ("Agreement"), and as part of such Agreement have consented to the entry of an Order approving this Stipulation:

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Court has jurisdiction over the subject matter of and the Parties to this action under 28 U.S.C. § 1338(a) and venue is properly laid under 28 U.S.C. § 1400(b).

30372189.1

2.  The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement, the terms and conditions of which are expressly incorporated herein by reference, which is concurrently filed with the Court UNDER SEAL.

3.  All claims against SEMC are hereby dismissed with prejudice.

4.  All counterclaims against Datascape are hereby dismissed with prejudice.

5.  Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

IT IS SO ORDERED this __7th__ day of ___JULY___, 2010.

_s/ CLARENCE COOPER_

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

30372189.1

AGREED AND CONSENTED TO:

                                        DATASCAPE, INC.
                                        (By And Through Their Counsel Of Record)

DATE: July 6, 2010      BY: _____
                                        A. James Anderson
                                        Robins, Kaplan, Miller & Ciresi L.L.P.

                                        SONY ERICSSON MOBILE
                                        COMMUNICATIONS (USA), INC.
                                        (By And Through Their Counsel Of Record)

DATE: July 2, 2010      BY: _____
                                        N. Thane Bauz
                                        Perkins Coie, LLP

30372189.1